EDWARD D. IRISH, Respondent, *v.* ELIZABETH G. HORN, Appellant.

*Irish* v. *Horn*, 19 App. Div. 632, affirmed.
(Argued March 13, 1900; decided April 3, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 9, 1897, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Charles M. Parsons* for appellant.

*T. W. McArthur* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THE J. & A. MCKECHNIE BREWING COMPANY, Respondent, *v.* THE TRUSTEES OF THE VILLAGE OF CANANDAIGUA et al., Appellants.

*McKechnie Brewing Co.* v. *Trustees*, 15 App. Div. 139, affirmed.
(Argued March 14, 1900; decided April 3, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 22, 1897, reversing a judgment in favor of defendants entered upon the report of a referee, and granting a new trial.

*John Colmey* and *James C. Smith* for appellants.

*Frank Rice* and *Henry M. Field* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation on opinion of PUTNAM, J., below, with costs.

Concur: PARKER, Ch. J., GRAY, BARTLETT, CULLEN and WERNER, JJ. Not voting: MARTIN and VANN, JJ.